IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN MICHAEL DALE,

      Appellant,

                                   Case No. 5D22-301

 v.                              LT Case No. 2006-CF-25776-AX

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed September 27, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

J. Andrew Crawford, of J. Andrew Crawford,
P.A., St. Petersburg, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Pamela J. Koller, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.